# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JANIS SHUMWAY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **MIRA AND JENSHU LLC,** | CASE NO: 21-1063-STA-jay |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the AGREED ORDER OF DISMISSAL WITH PREJUDICE entered on October 15, 2021, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/15/2021

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk